UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEENA ARTHUR DATTA,<br><br>            Plaintiff,<br><br>      v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>            Defendant. | Case No. 15-CV-00188-LHK<br><br>**CASE MANAGEMENT ORDER** |

This Court previously set an initial Case Management Conference in the instant case for July 2, 2015, at 1:30 p.m. ECF No. 18. Pursuant to Federal Rule of Civil Procedure 26 and this Court's Civil Local Rules, the parties filed a joint case management statement and discovery plan on June 26, 2015. ECF No. 34 ("JCMS"). The parties requested that the Court "enter a Case Management Order in this case, based on the parties' discovery plan outlined in this document, without a Case Management Conference." JCMS at 1. Because the parties' JCMS raised no issues necessitating the Court's involvement at this time, and the parties' proposed schedule is acceptable to the Court, the Court hereby CONTINUES the Case Management Conference previously set for July 2, 2015, at 1:30 p.m. to October 7, 2015, at 2:00 p.m. The parties shall file their joint case management statement by September 30, 2015.

The Court hereby sets the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: September 7, 2015

DEADLINE TO COMPLETE MEDIATION: December 5, 2015

1

Case No. 15-CV-00188-LHK
CASE MANAGEMENT ORDER

CLASS CERTIFICATION:
    Deadline to file Motion for Class Certification: December 10, 2015
    Class Certification Hearing: March 10, 2016, at 2:00 p.m.

FACT DISCOVERY CUTOFF: March 31, 2016

DISPOSITIVE MOTIONS shall be filed by April 28, 2016, and set for hearing no later than June 2, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: July 14, 2016, at 1:30 p.m.

JURY TRIAL: August 1, 2016, at 9:00 a.m.  Trial is expected to last 4 days.

**IT IS SO ORDERED.**

Dated: June 30, 2015　　　　　　　　　　　　　_Lucy H. Koh_____
                                                           LUCY H. KOH
                                                           United States District Judge

Case No. 15-CV-00188-LHK
CASE MANAGEMENT ORDER