United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEENA ARTHUR DATTA,<br><br>        Plaintiff,<br><br>    v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>        Defendant. | Case No. 15-CV-00188-LHK<br><br>**ORDER CONTINUING MEDIATION DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 46 |

The December 5, 2015 deadline to complete mediation is hereby CONTINUED to January 29, 2016.  In addition, the case management conference, currently set for December 9, 2015, is hereby CONTINUED to February 10, 2016, at 2:00 p.m.  The parties shall file a joint case management statement by February 3, 2016.

**IT IS SO ORDERED.**

Dated: December 3, 2015

_____
LUCY H. KOH
United States District Judge