UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEENA ARTHUR DATTA,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>    Defendant. | Case No. 15-CV-00188-LHK<br><br>**ORDER CONTINUING MEDIATION DEADLINE AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court hereby CONTINUES the deadline to complete mediation to February 26, 2016. The parties shall file a joint status report regarding mediation by February 29, 2016. The case management conference, currently scheduled for February 8, 2016, at 2:00 p.m., is hereby CONTINUED to March 10, 2016, at 1:30 p.m.

All other dates on the case schedule remain as set. For the convenience of the parties, the case schedule is set forth below:

| Scheduled Event | Recommendation |
|---|---|
| Deadline to Complete Mediation | February 26, 2016 |
| Close of Fact Discovery | March 31, 2016 |

1

Case No. 15-CV-00188-LHK
ORDER CONTINUING MEDIATION DEADLINE AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

| Class Certification Hearing and Further Case Management Conference | March 10, 2016, at 1:30 p.m. |
|---|---|
| Last Day to File Dispositive Motions (one per side in the entire case) | April 28, 2016 |
| Hearing on Dispositive Motions | June 2, 2016, at 1:30 p.m. |
| Final Pretrial Conference | July 14, 2016, at 1:30 p.m. |
| Jury Trial | August 1, 2016, at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated:  February 8, 2016

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

Case No. 15-CV-00188-LHK
ORDER CONTINUING MEDIATION DEADLINE AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

2