UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Meena Arthur Datta<br><br>        Plaintiff,<br><br>  v.<br><br>Asset Recovery Solutions, LLC<br><br>        Defendant | Case No.  5:15-cv-00188 LHK<br><br>ORDER RE: ATTENDANCE AT MEDIATION<br><br>Date: February 24, 2016<br>Mediator: Gregory Walker |

IT IS HEREBY ORDERED that the request to excuse Clayton L. Melton, the representative for XL Catlin, which is defendant Asset Recovery Solution, LLC's insurer, from appearing in person at the February 24, 2016 mediation is GRANTED.  Mr. Melton shall participate telephonically in the Mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: February 22, 2016

Maria-Elena James
United States Magistrate Judge