UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEENA ARTHUR DATTA,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>    Defendant. | Case No. 15-CV-00188-LHK<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 58 |

On February 5, 2016, Defendant filed an administrative motion to file under seal "a portion of [Defendant's] December 31, 2014 financial report in support of [Defendant's] opposition to [P]laintiff's motion for class certification." ECF No. 58 at 1.  Plaintiff has not filed a response, and the deadline to file a response has now passed.

As the Ninth Circuit recently observed, parties seeking to seal judicial records relating to motions that are "more than tangentially related to the underlying cause of action," *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016), bear the burden of overcoming the presumption with "compelling reasons supported by specific factual findings" that outweigh the general history of access and the public policies favoring disclosure, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

Plaintiff's motion for class certification is more than tangentially related to the underlying cause of action. The Court finds that the information Defendant seeks to file under seal meets the compelling reasons standard. Accordingly, Defendant's administrative motion to file under seal is GRANTED.

**IT IS SO ORDERED.**

Dated: March 18, 2016

_____
LUCY H. KOH
United States District Judge