1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MEENA ARTHUR DATTA,

          Plaintiff,

    v.

ASSET RECOVERY SOLUTIONS, LLC,

         Defendant.

Case No. 15-CV-00188-LHK

**CASE MANAGEMENT ORDER**

Plaintiff's Attorney:  Raeon Roulston
Defendant's Attorney:  David Dalby

A case management conference was held on April 7, 2016.  A further case management conference is set for June 2, 2016, at 1:30 p.m.  The parties shall file their joint case management statement by May 26, 2016.

At the case management conference, the Court made the following rulings on the record:

**CLASS NOTICE**
The parties shall file a stipulated proposed Class Notice and Opt Out Form for the Court's review by April 14, 2016.  The parties must file a notice on ECF and email a Microsoft Word copy of the Notice and Opt Out Form to the undersigned Judge's Courtroom Deputy, Stacy Sakamoto (stacy_sakamoto@cand.uscourts.gov.).
Notice shall be sent to potential Class Members by April 21, 2016, with a thirty-day opt out deadline.

1

Case No. 15-CV-00188-LHK
CASE MANAGEMENT ORDER

**DISCOVERY**

Fact discovery closed on March 31, 2016.  Plaintiff may not take any depositions of Defendant's 30(b)(6) witnesses.

Defendant must produce an electronic and hard copy of the class list to Plaintiff by April 11, 2016.

**SETTLEMENT & ADR**

The parties are to hold another mediation session with Greg Walker by May 23, 2016.  The parties' May 26, 2016 joint case management statement shall provide a mediation status update.

The Court added additional deadlines to the case schedule.  The updated case schedule is as follows:

| Scheduled Event | Date |
|---|---|
| Deadline to Produce Class List | April 11, 2016 |
| Deadline to File Stipulated Proposed Class Notice | April 14, 2016 |
| Deadline to Send Notice to Class | April 21, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | April 28, 2016 |
| Hearing on Dispositive Motions and Further Case Management Conference | June 2, 2016, at 1:30 p.m. |
| Final Pretrial Conference | July 14, 2016, at 1:30 p.m. |
| Jury Trial | August 1, 2016, at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated:  April 7, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2