UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEENA ARTHUR DATTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>　　　　　Defendant. | Case No. 15-CV-00188-LHK<br><br>**ORDER TO FILE UPDATED JOINT CASE MANAGEMENT STATEMENT** |

On May 26, 2016, the parties filed their joint case management statement in advance of the June 2, 2016 case management conference. ECF No. 89. This statement, however, did not specify the number of Class Members who opted out of the Class after Notice was sent on April 21, 2016. The deadline to opt out was May 23, 2016. ECF No. 76. Accordingly, the Court hereby ORDERS the parties to file an updated joint case management statement by June 1, 2016, at noon, that specifies the total number of opt outs.

**IT IS SO ORDERED.**

Dated: May 31, 2016

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 15-CV-00188-LHK
ORDER TO FILE UPDATED JOINT CASE MANAGEMENT STATEMENT