UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEENA ARTHUR DATTA,<br><br>          Plaintiff,<br><br>     v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>          Defendant. | Case No. 15-CV-00188-LHK<br><br>**ORDER REGARDING PRETRIAL CONFERENCE AND TRIAL** |

**PRETRIAL CONFERENCE SCHEDULE**

In anticipation of the July 14, 2016 pretrial conference, the parties shall review and comply with the deadlines set forth in this Court's standing order for jury trials, available on the public website for the United States District Court for the Northern District of California (http://www.cand.uscourts.gov/lhkorders).

Pursuant to the Court's standing order, the parties must meet and confer by June 23, 2016 (21 days before the pretrial conference), and file a joint pretrial statement by June 30, 2016 (14 days before the pretrial conference). The parties shall file a joint set of proposed jury instructions, joint proposed verdict form, and joint exhibit list by July 7, 2016. The parties shall consult the Court's standing order for further details on any additional deadlines and requirements.

**MOTIONS IN LIMINE**

The parties are limited to 3 motions in limine per side, not to exceed 2 pages in length. The parties shall file their motions in limine by June 30, 2016. Any oppositions must be filed by July 5, 2016, and may not exceed 2 pages in length. No replies are permitted. Motions in limine shall be limited to a single topic or issue.

1

Case No. 15-CV-00188-LHK
ORDER REGARDING PRETRIAL CONFERENCE

**TRIAL MANAGEMENT**

    In light of the Court's summary judgment order, the Court proposes a trial of two days in length.  The parties are to indicate whether this proposal is acceptable in their joint pretrial statement.

    The Court intends to discuss jury selection and other trial-related logistics at the July 14, 2016 pretrial conference.

**IT IS SO ORDERED.**

Dated:  June 7, 2016

_____
LUCY H. KOH
United States District Judge