UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEENA ARTHUR DATTA,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>    Defendant. | Case No. 15-CV-00188-LHK<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE** |

U.S. Magistrate Judge Howard Lloyd has indicated that he is available for a settlement conference on July 1 and July 6, 2016, beginning at 9:30 a.m.  The parties shall contact Judge Lloyd's Courtroom Deputy, Patricia Cromwell (patricia_cromwell@cand.uscourts.gov), by June 22, 2016, at noon to confirm whether they can participate in a settlement conference on either July 1 or July 6, 2016.

**IT IS SO ORDERED.**

Dated:  June 20, 2016

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-00188-LHK
ORDER REGARDING SETTLEMENT CONFERENCE