UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MEENA ARTHUR DATTA,<br><br>Plaintiff,<br><br>v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>Defendant. | Case No. 15-CV-00188-LHK<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE SALLIE KIM** |

The parties have been unable to find a date for a settlement conference with U.S. Magistrate Judge Nathanael Cousins and U.S. Magistrate Judge Howard Lloyd, the U.S. Magistrate Judges who sit in San Jose.  U.S. Magistrate Judge Sallie Kim, who sits in San Francisco, has indicated that she is available for a settlement conference on July 5, July 25, and July 27, 2016.  Accordingly, the Court ORDERS the parties to file a statement by June 27, 2016, at noon, indicating whether they would like to have a settlement conference with Judge Kim on one of these three dates, and if so, which date.

**IT IS SO ORDERED.**

Dated:  June 24, 2016

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-00188-LHK
ORDER REGARDING SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE SALLIE KIM