United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEENA ARTHUR DATTA,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>    Defendant. | Case No. 15-CV-00188-LHK<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE** |

The two day jury trial in the instant action is scheduled to begin on August 1, 2016, at 9:00 a.m. The parties' statements indicate that they would be willing to attend a settlement conference with U.S. Magistrate Judge Sallie Kim on the condition that the trial date is continued. ECF Nos. 103 & 104. The Court will not continue the trial date.

In addition, Plaintiff's counsel indicates that Plaintiff would only participate in a settlement conference with Judge Kim via telephone. ECF No. 104 at 2. The Court understands that Judge Kim will not allow Plaintiff to participate in a settlement conference via telephone. Accordingly, for these foregoing reasons, no magistrate judge settlement conference will take place, and the parties shall prepare for trial.

**IT IS SO ORDERED.**

1

Case No. 15-CV-00188-LHK
ORDER REGARDING SETTLEMENT CONFERENCE

Dated:  June 27, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-00188-LHK
ORDER REGARDING SETTLEMENT CONFERENCE