UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEENA ARTHUR DATTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>　　　　　Defendant. | Case No. 15-CV-00188-LHK<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT** |

On June 30, 2016, the parties' informed the Court's Courtroom Deputy that they had settled this matter. The Court ORDERS the parties to file a formal notice of settlement by July 1, 2016. The parties shall file their motion for preliminary approval of class action settlement by July 14, 2016.

The pretrial conference, currently set for July 14, 2016, at 1:30 p.m., is CONTINUED to July 28, 2016, at 1:30 p.m. The two-day jury trial, currently set to begin on August 1, 2016, at 9:00 a.m., is CONTINUED to August 15, 2016, at 9:00 a.m. If the parties do not file their notice of settlement and motion for preliminary approval in a timely manner, the Court will proceed with the pretrial conference and trial.

1

Case No. 15-CV-00188-LHK
ORDER REGARDING NOTICE OF SETTLEMENT

**IT IS SO ORDERED.**

Dated: June 30, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge