UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEENA ARTHUR DATTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>　　　　Defendant. | Case No. 15-CV-00188-LHK<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL AND REQUIRING PARTIES TO FILE PRE-HEARING STATEMENT** |

　　　　In light of the parties' motion for preliminary approval of class action settlement, ECF No. 110, the pretrial conference, currently set for July 28, 2016, at 1:30 p.m., and the two-day jury trial, currently set for August 15, 2016, at 9:00 a.m., are hereby VACATED. The parties' motion for preliminary approval will be heard on September 22, 2016, at 1:30 p.m.

　　　　In addition, the Court ORDERS the parties to file, by August 18, 2016, a statement that provides case law and legal authority supporting approval of a class action settlement where, as in the instant case, there is no injunctive relief and there are no individual distributions to Class Members from the common fund.

1   **IT IS SO ORDERED.**

2   Dated: July 18, 2016

3   _____
    LUCY H. KOH
4   United States District Judge

2

Case No. 15-CV-00188-LHK
ORDER VACATING PRETRIAL CONFERENCE AND TRIAL AND REQUIRING PARTIES TO PARTIES TO FILE PRE-HEARING STATEMENT